BRIAN T. MORAN, United States Attorney

BRIAN C. KIPNIS, Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Tel: (206) 553-7970; Fax: (206) 553-0882
E-mail: brian.kipnis@usdoj.gov

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION**

| | |
|---|---|
| NORTH CASCADES CONSERVATION COUNCIL, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> U.S. FOREST SERVICE, *et al.*; <br><br> *Federal Defendants.* | Case No. 2:20-cv-01321 <br><br> **CERTIFICATION OF DEFENDANT U.S. FOREST SERVICE'S ADMINISTRATIVE RECORD** <br><br> **DECLARATION OF DORI A. ABERNATHY** |

I, Dori A. Abernathy, pursuant to 28 U.S.C § 1746, declare as follows:

1. I am a Litigation and Freedom of Information Act/Privacy Act Support Specialist for the U.S. Department of Agriculture, U.S. Forest Service. I have been employed by the Forest Service in this role since August 2016.

2. Under my direction and oversight, the U.S. Forest Service compiled and indexed the documents comprising three administrative records for the relevant agency actions challenged by underlying the administrative tasks activities, and

*Declaration of Dori A. Abernathy* -1-

constituent steps in which the agency engaged to decide to implement the South Fork Stillaguamish Vegetation Project on the Mt. Baker-Snoqualmie National Forest. The Administrative Records that will be served on the parties and lodged with the Court have been compiled in an electronic searchable format and will be indexed and filed separately on one thumb drive.

3. To the best of my knowledge and belief, the documents listed in the index are the materials that were considered, either directly or indirectly, by the relevant Forest Service officials in connection with the agency action at issue in this action. In addition, each document in the record is a true and correct copy of an original document located in Forest Service files. The documents comprising the Administrative Records are documents bates numbered AR 00001 – AR 20318.

4. The Administrative Records that will be served on the parties and lodged with the Court have been compiled in an electronic searchable format and will be indexed and filed separately on one thumb drive.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 13TH day of November 2020.

*signature*

DORI A. ABERNATHY
Regional Litigation, FOIA, &
Privacy Act Support Specialist
U.S.D.A Forest Service
Pacific Northwest Region

*Declaration of Dori A. Abernathy*     -2-