UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTH CASCADES CONSERVATION COUNCIL, KATHY JOHNSON,<br><br>                    Plaintiff,<br><br>       v.<br><br>UNITED STATES FOREST SERVICE, et al.,<br><br>                    Defendants. | CASE NO. 2:20-cv-01321-RAJ-BAT<br><br>**BRIEFING SCHEDULE** |

This case seeks review of an administrative decision, pursuant to provisions of the Administrative Procedure Act, 5 USC §§ 701, et seq.  See Dkt. 1, ¶¶ 3, 6, and 7. As this is an action for review on a closed administrative record, and the administrative record has been filed by Defendants (Dkt. 7), the Court issues the following briefing schedule:[1]

   1)   Defendant shall file its responsive brief by **January 4, 2021**; and shall note it for consideration on a date no earlier than the fourth Friday after filing and service of the responsive brief.

---

[1] The Court's November 17, 2020 Order (Dkt. 9) setting dates for initial disclosures and submission of the Joint Status Report and Discovery Plan has been withdrawn as an action for review on a closed administrative record is exempt from the requirements of Fed. R. Civ. P. 26(a) and 26(f).

BRIEFING SCHEDULE - 1

2)      Plaintiff's brief in opposition shall be filed and served not later than the Monday before the noting date.

3)      Any reply papers shall be filed and served no later than the noting date.

4)      Defendant's responsive brief and Plaintiff's brief in opposition shall not exceed twenty-four (24) pages. Any reply brief shall not exceed twelve (12) pages.

DATED this 18th day of November, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

BRIEFING SCHEDULE - 2