UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTH CASCADES CONSERVATION COUNCIL, KATHY JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE, et al.,<br><br>Defendants. | CASE NO. 2:20-cv-01321-RAJ-BAT<br><br>**ORDER STRIKING BRIEFING SCHEDULE AND DIRECTING SUBMISSION OF JOINT PROPOSED SCHEDULE** |

Defendants Vicki Christiansen, Peter Forbes, Jamie Kingsbury, Phyllis Reed, Gretchen Smith, Erin Uloth, Jody Weil, and United States Forest Service (collectively "USFS") request amendment of the Court's briefing schedule (Dkt. 10). Dkt. 11. Good cause having been shown, it is **ORDERED**:

1) The Court's Briefing Schedule (Dkt. 10) is **stricken**;

2) The parties shall provide the Court with a joint proposed scheduling sequence for the filing of motions and/or cross-motions for summary judgment by **December 14, 2020**.

DATED this 8th day of December, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER STRIKING BRIEFING SCHEDULE
AND DIRECTING SUBMISSION OF JOINT
PROPOSED SCHEDULE - 1