UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTH CASCADES CONSERVATION COUNCIL, KATHY JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE, et al.,<br><br>Defendants. | CASE NO. 2:20-cv-01321-RAJ-BAT<br><br>**STIPULATED BRIEFING SCHEDULE** |

Based on the parties' Stipulation (Dkt. 13), the Court enters the following briefing schedule:

1)   By no later than **Friday, January 8, 2021**, Plaintiffs shall notify Defendants whether they believe supplementation of the administrative record is necessary. If Plaintiffs notify Defendants that they wish to have the administrative record supplemented, and the issue cannot be easily and quickly resolved by the parties, the parties will jointly request the Court to make appropriate adjustments to this briefing schedule to allow time for the dispute to be heard and decided by the Court and, if necessary, for the administrative record to be supplemented before Plaintiffs' motion for summary judgment is filed.

2)   If Plaintiffs do not notify Defendants by **Friday, January 8, 2021**, that they believe supplementation of the administrative record is necessary, Plaintiffs shall file their dispositive motion by no later than **Thursday, January 28, 2021**, supported by a memorandum

STIPULATED BRIEFING SCHEDULE - 1

of law that shall not exceed 24 pages in length. Plaintiffs shall note their motion on the Court's calendar for **Monday, March 22, 2021**.

    3)    Defendants shall file their opposition to the dispositive motion of Plaintiffs by no later than **Monday, March 1, 2021**, supported by a memorandum of law that shall not exceed 24 pages in length. Should Defendants identify any independent legal argument for summary judgment in their favor, they may file a cross-motion for summary judgment on the same date. In that case, Defendants shall file a consolidated memorandum of law that supports both their opposition to Plaintiffs' motion for summary judgment and their cross-motion for summary judgment that shall not exceed 36 pages in length. Defendants' shall note their cross-motion on the Court's calendar for **Friday, April 16, 2021**.

    4)    If Defendants fail to file a cross-motion for summary judgment, Plaintiffs may file a reply memorandum by no later than **Monday, March 22, 2021**. The optional reply memorandum shall not exceed 12 pages in length.

    5)    If Defendants file a cross-motion for summary judgment, Plaintiffs shall, by no later than **Monday, March 22, 2021**, file a consolidated memorandum of law that supports both their reply to Defendants' opposition to Plaintiffs' motion for summary judgment and an opposition to Defendants' cross-motion for summary judgment that shall not exceed 36 pages in length.

    6)    If Defendants file a cross-motion for summary judgment, Defendants may file a Reply to Plaintiffs' opposition to their cross-motion for summary judgment by no later than **Friday, April 16, 2021**. The optional reply memorandum shall not exceed 12 pages in length.

    7)    As previously noted, Plaintiffs' motion for summary judgment shall be noted for Monday, March 22, 2021. However, if Defendants file a cross-motion for summary judgment,

both motions shall be deemed noted for **Friday, April 16, 2021**, and be adjudicated at the same time.

      8)    The parties may seek an adjustment in the page limitations as necessary pursuant to LCR 7(f) of the Local Rules of this District.

DATED this 15th day of December, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

STIPULATED BRIEFING SCHEDULE - 3