# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NORTH CASCADE CONSERVATION COUNCIL; and KATHY JOHNSON, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, an administrative agency of the Forest Service; VICKIE CHRISTIANSEN, Chief of the Forest Service; JAMIE KINGSBURY, Former Forest Supervisor for Mount-Baker Snoqualmie National Forest; JODY WEIL, Current Forest Supervisor for Mount-Baker Snoqualmie National Forest; PETER FORBES, Former District Ranger for Darrington Ranger District; ERIN ULOTH, Former Acting District Ranger for Darrington Ranger District; GRETCHEN SMITH, Current District Ranger Darrington Ranger District; PHYLLIS REED, Project Lead for Darrington Ranger District, <br><br> Defendants, <br><br> and <br><br> HAMPTON LUMBER MILLS-WASHINGTON, INC., a Washington corporation, HAMPTON TREE FARMS, LLC, an Oregon limited liability corporation, and SKAGIT LOG AND CONSTRUCTION, INC., a Washington corporation, <br><br> Proposed Defendant-Intervenors. | No. 2:20-cv-01321-RAJ-BAT <br><br> **DECLARATION OF ANJOLENE PRICE** |

DECLARATION OF ANJOLENE PRICE
Case No. 2:20-cv-01321-RAJ-BAT

American Forest Resource Council
924 Capitol Way S., Suite 102
Olympia, Washington 98501
(503) 222-9505

I, Anjolene Price, declare:

1. I make this declaration based on my personal knowledge. I am over the age of 18, and if called as a witness, could and would competently testify as follows.

2. I am the Collaborative Forestry Manager for Hampton Lumber Mills-Washington, Inc. (Hampton Lumber) based in Darrington, Washington. Before joining Hampton Lumber in 2018, I had extensive experience in the field of natural resources. I began my career working for the Washington and California Conservation Corps and the Conversation Volunteers Australia. After working for the Corps, I worked for the Bureau of Land Management (BLM) on the forestry crew, marking and cruising timber sales in eastern Washington. Later on, I took on the role of BLM Planning and Environmental Coordinator, leading field office NEPA teams, developing resource management plans, and serving as a facilitator for the Spokane District. While working for the BLM, I received my Bachelor of Environmental Studies from Ashford University and Master of Natural Resources from University of Idaho.

3. Hampton Lumber created the Collaborative Forestry Manager position given the importance of the timber industry working with other stakeholders to find common ground to restore community and forest health. Since the early 1990s, timber harvest volume on federal forestland in the Pacific Northwest has decreased by more than 90 percent. While federal forests make up nearly half of all forestland in Washington and Oregon, they currently account for only 10 percent of the wood supply in the region. As a result of this decrease, many mills shuttered and the communities they supported declined. In the past few decades, federal forests have also become increasingly susceptible to disease and megafires, which ravage the landscape threatening life, livelihoods, and critical habitat. While part of the initial decline in federal forest harvest levels was due to habitat protection for sensitive or endangered species, today federal forest management agencies also face dwindling revenues and increased wildfire costs. These

DECLARATION OF ANJOLENE PRICE - 1
Case No. 2:20-cv-01321-RAJ-BAT

American Forest Resource Council
924 Capitol Way S., Suite 102
Olympia, Washington 98501
(503) 222-9505

challenges have made it difficult for forest managers to accomplish active management, including planned harvests. Recognizing the need to better manage these forests to sustain rural communities, reduce catastrophic wildfire, and generate resources for the U.S. Forest Service, stakeholders throughout the nation have begun to form community-based forest collaboratives to create a forum to identify and support well-designed local forest restoration projects. Hampton Lumber believes in ensuring a vibrant future for our federal forests, the local wood products sector, and the communities where we live and work. Successful forest collaboration requires dialogue, understanding, and trust among a wide array of stakeholders.

4. As a Collaborative Forestry Manager, I represent Hampton Lumber's Washington sawmills on several National Forest Collaboratives. I work closely with environmental groups, tribal representatives, recreationalists, community members, and state, local, and federal agency representatives to build a common vision for National Forest land, accelerating landscape scale restoration, creating local jobs, and reducing litigation.

5. One of the collaborative groups I participate in is the Darrington Collaborative. The Collaborative is comprised of a diverse group of stakeholders, including members from the environmental community, timber industry, Darrington STEM youth education programs, and representatives from federal, state and local government. The Darrington Collaborative's goal is to increase ecologically sustainable timber harvest under the Northwest Forest Plan on the Mount Baker-Snoqualmie National Forest, while improving the ecological functioning of the forest and watershed. The purpose of the group is to show that the Forest can create a more ecologically resilient forest, provide for increased, sustainable timber harvest near Darrington, and provide economic benefits to the community. More information about the Darrington Collaborative is available at https://www.darringtoncollaborative.org/ and media coverage about the collaborative

DECLARATION OF ANJOLENE PRICE - 2
Case No. 2:20-cv-01321-RAJ-BAT

American Forest Resource Council
924 Capitol Way S., Suite 102
Olympia, Washington 98501
(503) 222-9505

can be found at https://king5.com/embeds/video/281-b873a339-e4ee-492c-aceb-945e9329e15d/iframe?jwsource=cl.

**Hampton Lumber**

6. Hampton is a family-owned company that started from modest beginnings. The founder, Bud Hampton, purchased the first sawmill in Willamina, Oregon in 1942. Bud grew the company with his two sons to include forestland and manufacturing facilities. This fourth-generation family-owned company has grown to include ten sawmills in Oregon, Washington, and British Columbia, including a sawmill in Darrington, Washington. Hampton Lumber employs about 1,200 people in Oregon and Washington, and its mills provide quality family-wage jobs and revenues to support public services to the local communities. Bud and his sons developed a deep commitment to people, community, and sustainability, and those values are the heart of Hampton's company culture.

7. Hampton owns approximately 140,000 acres of private timberland with approximately 90,000 acres in Oregon and approximately 50,000 acres in Washington.

8. The town of Darrington is in Snohomish County with a population of approximately 1,400 people. Hampton Lumber is the largest private employer in Darrington, with about 170 employees. Not only does the sawmill provide jobs to mill workers, it also supports a variety of other jobs in the community including shipping contractors, mechanics, equipment salespeople and other subcontractors. It is estimated that for every one job in the mill, it produces two indirect jobs outside of the forest products sector, e.g., town grocers, school district employees, parts and equipment distributers, and other subcontractors. The social and economic vitality of the Darrington community depends on the uninterrupted operation of the mill.

DECLARATION OF ANJOLENE PRICE - 3
Case No. 2:20-cv-01321-RAJ-BAT

American Forest Resource Council
924 Capitol Way S., Suite 102
Olympia, Washington 98501
(503) 222-9505

9. The Darrington mill relies heavily on public lands to source timber for its mill, including the Mount-Baker Snoqualmie National Forest. The sawmill processes species representative of the Forest, approximately 35 percent western hemlock, 60 percent Douglas-fir, and 5 percent other. The annual production capacity for the mill is 290 million board feet (MMBF). The sawmill produces studs and framing lumber in various dimensions.

10. The Darrington sawmill utilizes its excess wood byproducts (sawdust, chips, and bark) to help fuel the renewable energy cogeneration facility, which turns biofuel into steam and electricity. Hampton uses the steam heat to dry lumber instead of using costly diesel boilers. This symbiotic relationship between the sawmill and cogeneration facility helps Hampton maximize the value derived from available forest resources, and support forest treatments reducing the fuel load of unhealthy forests. Hampton sells the electricity generated to a local utility to meet the demand of nearby communities.

11. Hampton Tree Farms, LLC (Hampton Tree Farms) is headquartered in Portland, Oregon, has approximately 30 employees, foresters and office staff, and is charged with purchasing all the logs for the Hampton Washington and Oregon sawmills. Hampton Tree Farms acquired the contracts described below which will provide timber supply to the Hampton Darrington mill.

12. Hampton Lumber is a member of the American Forest Resource Council (AFRC), a regional trade association whose purpose is to advocate for sustained yield timber harvests on public timberlands throughout the West to enhance forest health and resistance to fire, insects, and diseases. AFRC works to improve federal and state laws, regulations, policies and decisions regarding access to the management of public forest lands and protection of all forest lands.

DECLARATION OF ANJOLENE PRICE - 4
Case No. 2:20-cv-01321-RAJ-BAT

American Forest Resource Council
924 Capitol Way S., Suite 102
Olympia, Washington 98501
(503) 222-9505

**South Fork Stillaguamish Project**

13. The South Fork Stillaguamish Project is located in the Darrington Ranger District of the Mount-Baker Snoqualmie National Forest. The project encompasses 2,000 to 3,000 acres of commercial thinning, 1,060 acres of noncommercial thinning, and about 30 miles of road construction. The purpose of the thinning activities is to enhance forest stand structure that can serve as habitat for old-growth dependent species, improve vegetation diversity in riparian reserve areas, and promote stand resiliency on the landscape. Thinning treatments would be applied on approximately 30 to 50 percent of the second-growth stands identified as a high priority for treatment to enhance development of late successional forest habitat. Other project activities include road treatments, trailheads enhancements, aquatic organism passage upgrades, and invasive plants treatments.

14. The South Fork Stillaguamish Project is one of the Mount-Baker Snoqualmie National Forest projects that received collaborative support from the Darrington Collaborative. In 2019, the Darrington Collaborative received a Building Forest Partnership Grant for $40,000 to hire a part-time coordinator to support forest restoration work on the Mount-Baker Snoqualmie National Forest and received an All Lands Forest Restoration Grant for approximately $99,300 in 2018 and $211,500 in 2019 to support restoration forestry work, including thinning dense stands, doing stand exams, road inventories, and pre-sale work. In addition, the Darrington Collaborative received funds from Pew Trusts and hired Resilient Forestry to assist with pre-sale work for the South Fork Stillaguamish Project, resulting in approximately 192 hours of work related to GPS mapping, cruising and pre-sale layout.

15. The Darrington Collaborative also provided public comments during the NEPA planning phase of the South Fork Stillaguamish Project. Recently, in response to the litigation,

DECLARATION OF ANJOLENE PRICE - 5
Case No. 2:20-cv-01321-RAJ-BAT

American Forest Resource Council
924 Capitol Way S., Suite 102
Olympia, Washington 98501
(503) 222-9505

the Darrington Collaborative submitted a letter supporting the project. Attached as **Exhibit A** is a true and accurate copy of the letter.

16. Hampton Lumber participated in the NEPA process through AFRC. AFRC provided scoping comments and comments to the draft Environmental Assessment, and participated in the objection resolution meeting on December 19, 2017. Attached as **Exhibit B** is a true and accurate copy of AFRC's comments to the draft Environmental Assessment.

17. There are three sales associated with the South Fork Stillaguamish Project: Bonanza Thin DxP Timber Sale, Mallardy Thin DxP Stewardship, and Green Grouse Timber Sale. The project will produce about 19.5 million board feet (MMBF), which was the Forest's entire timber sale volume for Fiscal Year 2020.

**Bonanza Thin DxP Timber Sale**

18. On June 30, 2020, Hampton Tree Farms was awarded the Bonanza Thin DxP Timber Sale (Contract No. 750850). Hampton Tree Farms purchased the sale for $328,364.79 and provided a performance bond in the amount of $33,000. The sale will generate approximately 36,607 tons (about 4.2 MMBF) of timber, which equates to 2 to 3 weeks of mill work at Hampton Lumber's Darrington sawmill. Attached as **Exhibit C** is a true and accurate copy of the timber sale contract.

19. The normal operating period for the sale is from June 1 to October 15. There is a seasonal noise restriction, to reduce noise and visual disturbance to spotted owls, and no harvest activities will occur from March 1 to July 15 for portions of 42A, 42C, 43A, 43B, 172A, 172B, 172C, 172D, 172E, 172F, 195A and 195B.

20. On September 2, 2020, Hampton met with the Forest Service for a pre-operations meeting. The timber sale includes 2.74 miles of specific roadwork, providing better access to

DECLARATION OF ANJOLENE PRICE - 6
Case No. 2:20-cv-01321-RAJ-BAT

American Forest Resource Council
924 Capitol Way S., Suite 102
Olympia, Washington 98501
(503) 222-9505

trailheads and high use recreation areas, and 4.68 miles of temporary of road construction work. Hampton performed some road maintenance work during the end of the September 2020 but cannot resume road work until June 1, 2021, at the earliest.

21. Hampton intends to hire Cascade H&A to perform the road construction and reconstruction work. Cascade H&A has approximately 15 employees, to perform the road construction and reconstruction work, all of whom reside in either Snohomish or Skagit County. The road construction and reconstruction work will likely be completed by 2022. Hampton intends to hire Janicki Logging, based in Skagit County with approximately 60 employees, to perform the timber harvest activities. That work will likely be completed by the end of 2022.

22. Timber harvest activities in the following "Focus Tree Cutting" units (36B, 36C, 36D, 36E, 36F, 36G, 172A, 172B, 172C, 172D, 172E, 175, 183A, 183B, 42A, 43A, 43B, 44B, 44C, 44D, 174A, and 174B) will have certain focus trees selected and harvesting other trees within a certain distance of the focus trees expect the following will not be harvested: (1) any trees marked with orange, white, or pink paint; (2) Pacific yew, western redcedar, Sitka spruce or hardwoods except those marked with blue paint; (3) Douglas-fir greater than 23 inches diameter at stump height; and (4) Western hemlock or Pacific silver fir greater than 25 inches diameter at stump height.

23. In addition, there are several "Heavy Thin" cutting units: 42C, 44E, 172F, and 175B. In the Heavy Thin units the following trees will not be harvested: (1) any trees marked with orange or white paint; (2) Pacific yew, western redcedar, Sitka spruce or hardwoods except those marked with blue paint; (3) Douglas-fir greater than 23 inches diameter as measured outside bark and perpendicular to the bole of the tree at 10 inches from the ground on the high side of the tree; and (4) Western hemlock or Pacific silver fir greater than 25 inches in diameter

DECLARATION OF ANJOLENE PRICE - 7
Case No. 2:20-cv-01321-RAJ-BAT

American Forest Resource Council
924 Capitol Way S., Suite 102
Olympia, Washington 98501
(503) 222-9505

as measured outside bark and perpendicular to the bole of the tree at 10 inches from the ground on the high side of the tree.

24. Timber harvest activities will also occur along the roads. All trees marked with blue paint 30 feet or less from the following roads will be harvested: Forest Service Road (FSR) 4037, 4052, 4053, 4060, 4061, 4062, 4062-014, 4063, and 4063-030.

**Mallardy Thin DxP Stewardship**

25. Hampton Tree Farms was awarded the Mallardy Thin DxP Stewardship Contract on November 6, 2020 (Contract No 750892). This stewardship contract will generate approximately 46,389 tons (about 5.5 MMBF) of timber to be processed at the Darrington sawmill. The volume equates to approximately 2 to 3 weeks of mill work. Hampton Tree Farms paid a performance bond in the amount of $77,000. Attached as **Exhibit D** is a true and accurate copy of the contract.

26. The stewardship contract requires approximately 8.91 miles of specific road work to reduce risk of road failure, minimize environmental impacts and improve accessibility for a variety of users, and 2.67 miles of temporary road work. Road construction for FSR 4030 will begin on June 1, 2021. Road construction for FSR 4030 and 4031, along with associated temporary spurs, will be completed by October 15, 2021. Road construction for 4032 and associated temporary spurs is scheduled for June 1, 2022, with an anticipated completion date of October 15, 2022. Hampton has hired Cascade H&A to perform the road construction work.

27. The stewardship contract requires culvert replacement work. All old culverts will be removed and replaced.

28. The Mallardy Mash Aquatic Organism Passage (AOP) work will begin on July 15, 2021 by Cascade H&A with an estimated completion date of 2021. The AOP work will

DECLARATION OF ANJOLENE PRICE - 8
Case No. 2:20-cv-01321-RAJ-BAT

American Forest Resource Council
924 Capitol Way S., Suite 102
Olympia, Washington 98501
(503) 222-9505

improve fish passage with an installation of a multiplate arch pipe and a beaver dam analogue. This work will require the closure of FSR 4030 and suspension of all harvest, hauling and road construction operations above the location of the pipe installation and beaver dam analogue during the limited fish window (July 15 to August 31) to avoid and minimize negative impacts to fish. The Forest Service has invested approximately $522,636 in funds to improve fish passage and migration within the project area.

29. Hampton Tree Farms has hired 3 Rivers Cutting, Inc. to perform the logging operations. 3 Rivers Cutting has approximately 20 employees most of which are based in Snohomish County and live in Darrington. Timber harvest activities have a normal operating period from June 1 to October 15. There is a seasonal noise restriction, to reduce noise and visual disturbance to spotted owls, and no harvest activities will occur from March 1 to July 15 for portions of units 22 and 157.

30. The following units are "Heavy Thin" cutting units: 19C, 19E, 20J, and 20L. The following trees will not be harvested: (1) trees marked with orange or white paint: (2) Pacific yew, western redcedar, Sitka spruce or hardwoods except those marked with blue paint; (3) Douglas-fir greater than 23 inches diameter as measured outside bark and perpendicular to the bole of the tree at 10 inches from the ground on the high side of the tree; and Western hemlock or Pacific silver fir greater than 25 inches in diameter as measured outside bark and perpendicular to the bole of the tree at 10 inches from the ground on the high side of the tree.

31. The following units are "Designation by Prescription" units: 11A, 11B, 11C, 12A, 12B, 12C, 13A, 13B, 13C, 14B, 157, 158, 18A, 18C, 19A, 19B, 20A, 20B, 20C, 20D, 20E, 20I, 20K, and 22. The following will not be harvested: (1) any trees marked with orange or white paint; (2) Pacific yew, western redcedar, Sitka spruce or hardwoods except those marked

DECLARATION OF ANJOLENE PRICE - 9
Case No. 2:20-cv-01321-RAJ-BAT

American Forest Resource Council
924 Capitol Way S., Suite 102
Olympia, Washington 98501
(503) 222-9505

with blue paint; (3) Douglas-fir greater than 23 inches diameter at stump height; and (4) Western hemlock or Pacific silver fir greater than 25 inches diameter at stump height.

32. Timber harvest activities will also occur along the roads. All trees marked with blue paint 30 feet or less from the following roads will be harvested: FSR 4030, 4031, and 4032.

33. The following units will be harvested during the 2021 operating season: 11A, 11B, 11C, 12A, 12B, 12C, 13 A, 13B, 13C, 14B, 157 and 158.

34. The end result of the harvest is to enhance and accelerate old-growth characteristics throughout the sale area. Instead of thinning that would result in a monoculture type stand, the prescriptions incorporate clumping of certain larger stands that show old-growth characteristics, like platforms, with a focus on thinning younger stands.

**The Government Does Not Adequately Represent Hampton's Interests in this Litigation**

35. Hampton Lumber and Hampton Tree Farms are not adequately represented by the Forest Service in this case. Although we share the same ultimate goal of upholding the project, Hampton has a narrower economic interest. The Forest Service has a broader responsibility to the public as a whole. Therefore, the Forest Service cannot adequately represent Hampton's unique interests.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20 day of January, 2021 at Bamington, Washington.

_____
Anjolene Price

DECLARATION OF ANJOLENE PRICE - 10
Case No. 2:20-cv-01321-RAJ-BAT

American Forest Resource Council
924 Capitol Way S., Suite 102
Olympia, Washington 98501
(503) 222-9505