The Honorable Richard A. Jones
The Honorable Brian A. Tsuchida

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTH CASCADES CONSERVATION
COUNCIL; and KATHY JOHNSON,

                                    Plaintiffs,

            v.

UNITED STATES FOREST SERVICE, an
administrative agency of the United States of
America; VICKI CHRISTIANSEN, Chief of
the Forest Service; JAMIE KINGSBURY,
Former Forest Supervisor for Mount Baker-
Snoqualmie National Forest; JODY WEIL,
current Forest Supervisor for Mount Baker-
Snoqualmie National Forest; PETER FORBES,
Former District Ranger for Darrington Ranger
District; ERIN ULOTH, Former Acting District
Ranger for Darrington Ranger District;
GRETCHEN SMITH, Current District Ranger
for Darrington Ranger District; PHYLLIS
REED, Project Lead for Darrington Ranger
District,

                                    Defendants.

CASE NO.  C20-1321-RAJ-BAT

**STIPULATION FOR ORDER
MODIFYING AND EXTENDING
BRIEFING SCHEDULE ON
DISPOSITIVE MOTIONS; ORDER
THEREON**

        WHEREAS by order dated December 15, 2020, dkt. # 14, this Court established a briefing

schedule in the above-captioned lawsuit for anticipated motions for summary judgment; and

STIPULATION FOR ORDER MODIFYING AND EXTENDING
BRIEFING SCHEDULE ON DISPOSITIVE MOTIONS;
ORDER THEREON - 1
(Case No. C20-1321-RAG-BAT)

WHEREAS on January 3, 2020, counsel for defendants was assigned a new lawsuit in which a preliminary injunction was requested on minimum time; and

WHEREAS counsel for defendants was mostly unsuccessful in his efforts to obtain additional time to prepare a response to the motion for a preliminary injunction and has consequently been unable to work on the present case because of the need to spend unanticipated time preparing a defense in the other lawsuit; and

WHEREAS, accordingly, defendants' counsel requested that counsel for plaintiffs and counsel for the putative intervenors agree to stipulate to a request for a two-week extension of the existing briefing schedule with a modification of the schedule to eliminate the possibility of a cross-motion; and

WHEREAS the parties (including the putative intervenors) have conferred and agreed to the proposal set forth below;

NOW THEREFORE the parties, through their respective counsel of record, do hereby stipulate and agree that the Court may make and enter the following order:

1.  Defendants agree that they will not file a cross-motion in response to plaintiffs' motion for summary judgment (Dkt. # 21).  Instead, the parties agree that if plaintiffs' motion for summary judgment is denied, the Court may enter judgment for defendants pursuant to Rule 56(f)(1) without a cross-motion and without affording plaintiffs any additional notice or opportunity to respond as provided in the Rule.

2.  The briefing schedule entered by the Court on December 15, 2020, shall be modified as follows:

a.  Defendants shall file their opposition to the dispositive motion of plaintiffs by no later than Monday, March 15, 2021, supported by a memorandum of law that shall not exceed 24 pages in length.

b.  Plaintiffs may, if they choose, file a reply memorandum by no later than Monday, April 8, 2021.  The optional reply memorandum shall not exceed 12 pages in length.

c.  Plaintiffs' motion for summary judgment shall be noted for Monday, April 8, 2021.

STIPULATION FOR ORDER MODIFYING AND EXTENDING
BRIEFING SCHEDULE ON DISPOSITIVE MOTIONS;
ORDER THEREON - 2
(Case No. C20-1321-RAG-BAT)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

3.  The parties may seek an adjustment in the page limitations as necessary pursuant to LCR 7(f) of the Local Rules of this District.

**SO STIPULATED.**

DATED this 17th day of February 2021.

BRIAN T. MORAN
United States Attorney


*/s/ Brian C. Kipnis*
BRIAN C. KIPNIS
Assistant United States Attorney
Office of the United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, Washington 98101-1271
Phone: 206 553 7970
E-mail: brian.kipnis@usdoj.gov

Attorneys for Defendants

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

STIPULATION FOR ORDER MODIFYING AND EXTENDING
BRIEFING SCHEDULE ON DISPOSITIVE MOTIONS;
ORDER THEREON - 3
(Case No. C20-1321-RAG-BAT)

**SO STIPULATED.**

DATED this 17th day of February 2021.

BRICKLIN & NEWMAN, LLP

*/s/ David A. Bricklin*
DAVID A. BRICKLIN, WSBA No. 7583
*/s/ Alex Sidles*
ALEX SIDLES, WSBA No. 52832
1424 Fourth Avenue, Suite 500
Seattle, WA 98101
Telephone: 206-264-8600
E-mail: bricklin@bnd-law.com, sidles@bnd-law.com

Attorneys for Plaintiffs

**ORDER**

IT IS SO ORDERED.

DATED this ____ day of February 2021.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

STIPULATION FOR ORDER MODIFYING AND EXTENDING
BRIEFING SCHEDULE ON DISPOSITIVE MOTIONS;
ORDER THEREON - 4
(Case No. C20-1321-RAG-BAT)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970