UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTH CASCADES CONSERVATION COUNCIL, KATHY JOHNSON,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FOREST SERVICE, et al.,<br><br>Defendants. | CASE NO. 2:20-cv-01321-RAJ-BAT<br><br>**STIPULATED MODIFIED BRIEFING SCHEDULE** |

Based on the Stipulation of the parties (including the putative intervenors) (Dkt. 23), and for good cause shown, the Court enters the following modified briefing schedule:

1. Defendants agree that they will not file a cross-motion in response to plaintiffs' motion for summary judgment (Dkt. 21). Instead, the parties agree that if plaintiffs' motion for summary judgment is denied, the Court may enter judgment for defendants pursuant to Rule 56(f)(1) without a cross-motion and without affording plaintiffs any additional notice or opportunity to respond as provided in the Rule.

2. The briefing schedule entered by the Court on December 15, 2020, shall be modified as follows:

   a. Defendants shall file their opposition to the dispositive motion of plaintiffs by no later than **Monday, March 15, 2021**, supported by a memorandum of law that shall not exceed 24 pages in length.

STIPULATED MODIFIED BRIEFING
SCHEDULE - 1

b.	Plaintiffs may, if they choose, file a reply memorandum by no later than **Monday, April 8, 2021**. The optional reply memorandum shall not exceed 12 pages in length.

c.	Plaintiffs' motion for summary judgment (Dkt. 21) shall be **re-noted** for **Monday, April 8, 2021.**

3.	The parties may seek an adjustment in the page limitations as necessary pursuant to LCR 7(f) of the Local Rules of this District.

DATED this 18th day of February, 2021.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

STIPULATED MODIFIED BRIEFING
SCHEDULE - 2