UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTH CASCADES CONSERVATION COUNCIL, KATHY JOHNSON,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES FOREST SERVICE, et al., VICKIE CHRISTIANSEN, Chief of the Forest Service; JAMIE KINGSBURY, Former Forest Supervisor for Mount-Baker Snoqualmie National Forest; JODY WEIL, Current Forest Supervisor for Mount-Baker Snoqualmie National Forest; PETER FORBES, Former District Ranger for Darrington Ranger District; ERIN ULOTH, Former Acting District Ranger for Darrington Ranger District; GRETCHEN SMITH, Current District Ranger Darrington Ranger District; PHYLLIS REED, Project Lead for Darrington Ranger District,<br><br>　　　　　　　　Defendants,<br>　and<br><br>HAMPTON LUMBER MILLS-WASHINGTON, INC., a Washington corporation, HAMPTON TREE FARMS, LLC, an Oregon limited liability corporation, and SKAGIT LOG AND CONSTRUCTION, INC., a Washington corporation,<br><br>　　　　　　　Defendant-Intervenors. | CASE NO. 2:20-cv-01321-RAJ-BAT<br><br>**ORDER GRANTING EXTENSION OF BRIEFING SCHEDULE** |

Based on the Stipulation of the parties (Dkt. 23) and need to formally supplement the administrative record, the Court **ORDERS** the following revised briefing schedule:

ORDER GRANTING EXTENSION OF
BRIEFING SCHEDULE - 1

1.     By no later than **March 22, 2021**, defendants shall supplement the administrative record in this action with appendices that should have been lodged with the original administrative record.

2.     By no later than Friday, **April 9, 2021**, plaintiffs shall either file a revised memorandum in support of their motion for summary judgment or notify defendants and intervenors that they intend to rely on their original memorandum.

3.     Defendants and intervenors shall file their respective oppositions to plaintiffs' summary judgment motion by no later than Monday, **April 26, 2021**, supported by a memorandum of law that shall not exceed 24 pages in length.

4.     Plaintiffs may, if they choose, file a reply memorandum by no later than Friday, **May 7, 2021**. The optional reply memorandum shall not exceed 12 pages in length.

5.     Plaintiffs' motion for summary judgment shall be noted for Friday, **May 7, 2021**.

6.     The parties may seek an adjustment in the page limitations as necessary pursuant to LCR 7(f) of the Local Rules of this District.

7.     Should plaintiffs conclude following their review of the supplemental administrative record that some or all of the materials contained therein are not properly a part of the administrative record for the South Fork Stillaguamish Vegetation Project they shall not be foreclosed from asking the Court upon a sufficient showing to order that those materials be stricken from the administrative record.

DATED this 15th day of March, 2021.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge