HONORABLE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTH CASCADES CONSERVATION COUNCIL; and KATHY JOHNSON,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES FOREST SERVICE, *et al.*,<br><br>　　　　Defendants,<br><br>　and<br><br>HAMPTON LUMBER MILLS-WASHINGTON, INC.; HAMPTON TREE FARMS, LLC; and SKAGIT LOG AND CONSTRUCTION, INC.,<br><br>　　　　Defendant-Intervenors. | Case No. 2:20-cv-01321-RAJ-BAT<br><br>NOTICE OF WITHDRAWAL |

TO:　　　THE CLERK OF THE COURT

AND TO:　ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE of the following withdrawal of Lawson E. Fite as counsel on behalf of Defendant-Intervenors Hampton Lumber Mills-Washington Inc., Hampton Tree Farms, LLC, and Skagit Log and Construction, Inc.

NOTICE OF WITHDRAWAL -- 1

Case No. 2:20-cv-01321-RAJ-BAT

PLEASE TAKE FURTHER NOTICE that Mr. Fite was previously an attorney with American Forest Resource Council and is withdrawing consistent with Local Rule 83.2(b)(2). Consistent with that rule Sara Ghafouri of American Forest Resource Council, and David O. Bechtold and Douglas J. Steding of Northwest Resource Law PLLC will continue to represent Defendant-Intervenors Hampton Lumber Mills-Washington Inc., Hampton Tree Farms, LLC, and Skagit Log and Construction, Inc.

DATED this 18th day of August, 2021.

/s Lawson E. Fite
Lawson E. Fite, WSBA #44707

*Withdrawing Attorney for Defendant-Intervenors Hampton Lumber Mills-Washington, Inc., Hampton Tree Farms, LLC, and Skagit Log and Construction, Inc.*

NORTHWEST RESOURCE LAW PLLC

/s/ David O. Bechtold
/s/ Douglas J. Steding
David O. Bechtold, WSBA #55811
dbechtold@nwresourcelaw.com
503.664.3582
Douglas J. Steding, WSBA #37020
dsteding@nwresourcelaw.com
206.971.1567

AMERICAN FOREST RESOURCE COUNCIL

/s/ Sara Ghafouri
Sara Ghafouri, OSB #111021, *Pro Hac Vice*
sghafouri@amforest.org
503.222.9505

*Attorneys for Defendant-Intervenors Hampton Lumber Mills-Washington, Inc., Hampton Tree Farms, LLC, and Skagit Log and Construction, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2021, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Western District of Washington using the CM/ECF system. Participants who are registered with CM/ECF will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge.

DATED August 18, 2021, in Portland, Oregon.

/s Lawson E. Fite

NOTICE OF WITHDRAWAL -- 3

Case No. 2:20-cv-01321-RAJ-BAT